UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEPHEN FLANAGAN, as a Trustee of the General
Building Laborers' Local 66 Vacation Fund, STEPHEN
FLANAGAN, as a Trustee of the General Building
Laborers' Local 66 Pension Fund, STEPHEN
FLANAGAN, as a Trustee of the General Building
Laborers' Local 66 Welfare Fund, STEPHEN                           **ORDER ADOPTING R & R**
FLANAGAN, as a Trustee of the General Building                    17-CV-1040(DRH)(AKT)
Laborers' Local 66 Annuity Fund, STEPHEN
FLANAGAN, as a Trustee of the General Building
Laborers' Local 66 Employer Cooperative and
Educational Trust Fund, STEPHEN FLANAGAN,
as a Trustee of the General Building Laborers' Local
66 Greater NY Laborers' Employer Cooperative and
Educational Trust Fund, STEPHEN FLANAGAN,
as a Trustee of the General Building Laborers' Local
66 Training Program, STEPHEN FLANAGAN, as a
Trustee of the General Building Laborers' Local 66
New York State Health and Safety Fund, and
STEPHEN FLANAGAN, as Business Manager of
General Building Laborers' Local Union No. 66
of the Laborers' International Union of North
America, AFL-CIO,

                                    Plaintiffs,

        - against -


ODESSY CONSTRUCTION CORP.,

                                    Defendant.
------------------------------------------------------------------X

        Presently before the Court is the Report and Recommendation, dated February 9, 2018, of

Magistrate Judge A. Kathleen Tomlinson recommending that plaintiffs' motion for a default

judgment against defendant Odessy Construction Corp. be granted as to damages and denied as

to permanent injunctive relief. The time to file objections has expired with no objections have

been filed.

        Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report

and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the February 9, 2018 Report and Recommendation of Judge Tomlinson as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that the plaintiffs' motion for a default judgment is granted to the extent that Plaintiffs are awarded the following damages: $12,652.77 for unpaid contributions, pre-judgment interest on unpaid contributions through January 3, 2018 in the amount of $1,993.69, liquidated damages in the amount of $2,530.54, $1,750 in attorneys' fees, and $535.00 in costs and disbursements for a total award of $19,462.00; the request for a permanent injunction is denied. The Clerk of Court is enter judgment accordingly and to close this case.

Dated: Central Islip, New York
         March 6, 2018                                    /s/ Denis R. Hurley
                                                          Denis R. Hurley
                                                          United States District Judge